UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

Mark Francis

               Defendant.
------------------------------------------------------x

**ORDER ACCEPTING
PLEA ALLOCUTION**

23 CR 443 (VB)

      The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated 8-24-23, is approved and accepted, and the defendant is adjudged guilty of Count One of the information.

      The Clerk is directed to enter the guilty plea.

Dated: November 21, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge